**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| MICHAEL R. BROWN, | ) | |
| 4505 Jay Street, N.E. | ) | |
| Washington, DC 20019 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 15-cv-1141 |
|     v. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| Serve: United States Attorney's Office | ) | |
| 555 Fourth Street, N.W. – Civil Division | ) | |
| Washington, DC 20530 | ) | |
| | ) | |
|     AND | ) | |
| | ) | |
| VA MEDICAL CENTER, | ) | |
| Serve: United States Attorney's Office | ) | |
| 555 Fourth Street, N.W. – Civil Division | ) | |
| Washington, DC 20530 | ) | |
| | ) | |
|     AND | ) | |
| | ) | |
| DR. TURNER, | ) | |
| Serve: United States Attorney's Office | ) | |
| 555 Fourth Street, N.W. – Civil Division | ) | |
| Washington, DC 20530 | ) | |
| | ) | |
|     Defendants. | ) | |

_____)

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, on behalf of Defendants the Department of Veterans

Affairs (VA), VA Medical Center, and Dr. Turner,[1] and by and through undersigned counsel,

_____

[1] Undersigned counsel currently represents Defendant Dr. Turner solely in her official capacity and for the limited purpose of removing this matter and moving to dismiss, as necessary, any claims against Defendant in her official capacity.  Defendant Dr. Turner does not hereby waive any defense or defenses that may be available to her in an individual capacity pursuant to Fed. R. Civ. P. 12(b) or otherwise, including, without limitation, insufficiency of service of process and immunity from suit.

hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d).  In support of this Notice, the United States relies upon the following:

1. The United States is in receipt of a Summons and Complaint in the case of *Michael R. Brown v. Department of Veterans Affairs, et al.,* Civil Action No. 2015 CA 004386 M, in the Civil Division of the Superior Court for the District of Columbia.  A copy of the Summons and Complaint are attached hereto as Exhibit A.

2. The Complaint was filed on June 16, 2015.  *See* Ex. A.  The records of the United States Attorney's Office for the District of Columbia indicate that the United States has not been served in this action as required by Federal Rule of Civil Procedure 4(i) or D.C. Superior Court Rule of Civil Procedure 4(i).

3. The one-page Complaint appears to contest an alleged decision by the Department of Veterans Affairs "denying Plaintiff an upgrade in his benefits," which Plaintiff alleges he requested based on injuries Plaintiff has suffered.  *See* Ex. A.  Plaintiff also appears to allege that Dr. Turner works at a VA Medical Center and denied him adequate medical care.  *See id.*  By way of relief, Plaintiff requests $11,000,000.  *See id.*

4. On the basis of the Complaint and other information available to him on July 13, 2015, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to delegated authority, certified pursuant to 28 U.S.C. § 2679(d) that Dr. Turner was acting within the scope of her employment as an employee of the United States at the time of the incidents alleged in the Complaint.  *See* Exhibit B.

5.  This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Dr. Turner as a defendant in this action.  In addition, the certification means that the action "shall be removed" to District Court pursuant to 28 U.S.C. § 2679(d)(2).

6.  Furthermore, Plaintiff's Complaint appears to be directed at the VA and VA personnel, and thus constitutes a suit against an "agency of the United States" and a "person acting under [an] officer" of an agency of the United States for purposes of 28 U.S.C. § 1442(a)(1).

7.  Removal of this matter is therefore also authorized pursuant to 28 U.S.C. § 1442(a)(1), because the action is one against an agency of the United States and a person acting under an officer of an agency of the United States.

WHEREFORE, this action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d).


Dated:  July 16, 2015                   Respectfully submitted,

                                        VINCENT H. COHEN, JR., D.C. Bar # 471489
                                        Acting United States Attorney

                                        DANIEL F. VAN HORN, DC BAR # 924092
                                        Chief, Civil Division

                        By:     /s/  *Jesse D. Stewart*
                                JESSE D. STEWART, N.Y. BAR #5145495
                                Special Assistant United States Attorney
                                U.S. Attorney's Office - Civil Division
                                555 Fourth St., N.W., Rm. E-4916
                                Washington, D.C. 20530
                                (202) 252-2569
                                Jesse.Stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2015, I caused the foregoing Notice

of Removal of a Civil Action to be served by first class United States mail to:

Michael R. Brown
4505 Jay Street, N.E.
Washington, DC 20019
*Pro Se Plaintiff*

/s/ Jesse D. Stewart
JESSE D. STEWART, N.Y. BAR #5145495
Special Assistant United States Attorney
U.S. Attorney's Office - Civil Division
555 Fourth Street, N.W., Rm. E-4916
Washington, D.C. 20530
(202) 252-2569
Jesse.Stewart@usdoj.gov