# EXHIBIT A

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Michael R. Brown
_____
Plaintiff

vs.

Dr. Turner c/o VA Hospital.
_____
Defendant

Case Number  15 - 004386

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael R. Brown
_____
Name of Plaintiff's Attorney

4505 Jay Street N.E.
_____
Address
Washington, DC 20019
_____
202-423-6529
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  6/16/15

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                        CASUM.doc



Form CA 1-A: Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MICHAEL BROWN
_____
*Plaintiff(s)*

v.   Case No: 2015 CA 4386

VA MEDICAL CENTER
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):
VA MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON, DC 20422

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 6/17/2015.

_Nathaniel Allen_    6-17-15
*Signature*    *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____  _____  _____
*Signature*   *Relationship to Defendant/Authority to Receive Service*   *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828   如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828   በአማርኛ ለመረጃ (202) 879-4828 ይደውሉ   번역을 원하시면, (202) 879-4828 로 전화하십시오



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
JUN 1 6 2015
Superior Court
of the District of Colombia
Washington, DC.

Michael R. Brown
4505 Jay Street N.E.
Washington, D.C. 20019 - Pro Se
Plaintiff

vs.

CIVIL ACTION NO. 15 - 004386

Department of Veterans Affairs 810 Vermont Avenue, NW, Wash. DC 20420
VA Medical Center 50 Irving Street NW, Wash DC. 20422
and
Dr. Tuner c/o V.A Hospital 50 Irving Street NW, Wash DC 20422

Defendants

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Plaintiff comes before this Honorable Court to make the defendants named in the Complaint to show cause why the defendant's are denying Plaintiff an up grad of his benifit. Plaintiff has explain to Dr. Tuner of the pain in my feets which started after Plaintiff injury his feets while in serves connected In 1976 Plaintiff injury his left knee while preforming his duty which was serves connected, Plaintiff from Hypertension and high blood Pressure base on his Condition and examination. The point when Plaintiff see Dr. Tuner, she always express to Plaintiff in a insulin manner that she do not really care if Plaintiff is in pain or not, because on more than one occsion Dr. Tuner would ask Plaintiff a question with a insulin manner and then she would tell Plaintiff to get out of her office, because Deney Plaintiff adequate medical care.

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 1,000,000 with interest and costs.

(202) 423-6529
Phone:

DISTRICT OF COLUMBIA, SS

I Michael R. Browen, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_____     D.C. DL 8x4122  Agent)
(Plaintiff)

Subscribed and sworn to before me this  16th  day of  June  20 15.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00