**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                  )
MICHAEL R. BROWN,                 )
                                  )
              Plaintiff,          )
                                  )
       v.                         )   Civil Action No. 15-1141 (EGS)
                                  )
DEPARTMENT OF VETERANS            )
AFFAIRS,                          )
                                  )
              Defendant.          )
_____)

<u>ORDER</u>

Defendant Department of Veterans Affairs filed a motion to substitute the United States for the defendants and to dismiss plaintiff's claims on August 6, 2015. Because a ruling on defendant's motion could dispose of this case, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992).

The plaintiff is advised that the Court will rule on the defendant's motion, taking into consideration the facts proffered in the complaint, along with the plaintiff's response or opposition to the motion. The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If

such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

Additionally, the plaintiff is directed to Rule 6(d) of the

Federal Rules of Civil Procedure, which provides:

When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire. . . .

The Court may treat as conceded any motion not opposed within

the time limits outlined above. Alternatively, the Court may

consider on the merits any motion not opposed within the time

limits outlined above. Thus, failure to respond to the

defendant's motion carries with it the risk that the plaintiff's

case will be dismissed.

Accordingly, it is hereby

**ORDERED** that, on or before **August 31, 2015**, the plaintiff

shall file his opposition or other response to the defendant's

motion. If the plaintiff fails to respond in a timely fashion,

the Court may grant the motion as conceded, and may dismiss the

complaint.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **August 26, 2015**